

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-14-00048-CV

America Amada **GONZALEZ** and Jaime Christina Garza McRae,
Appellants

v.

Jose Gilberto **PENA,** Et Ux.,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-10-359
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On February 11, 2014, the court reporter filed a notification of late record stating that the appellants have failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellants provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court